**Motion DENIED.**

This the _____ day of _____, 20___.

/s/Louise W. Flanagan, U.S. District Judge

FILED

AUG 16 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Name = Dwayne Albert Maxey
Docket Number = 4:15-CR-81-1FL
Date Sentence/Probation Imposed = 3/23/2016

Dear Judge Flanagan,

I would like to sincerely express the gratitude I have for you. In some peculiar way, I am in good spirits since you've opted to place me here, and have taken this as a genuine learning experience.

In the last 13 months I have changed as a person. I understand all the wrong that I've done. I mean this not just with this event, but in life itself. I've begun to fully correct the mistakes that I have made. I see how my mistakes started a butterfly effect ending in others having been affected, and perceptions of me being changed entirely, and I fully understand how and why.

During my process of correcting my wrongs I was notified by one of my family members that my former boss from my previous job asked about me and stated that he would be willing to hire me back if he could. I am very grateful for this blessing because it was and still would be a very good job for me to continue to obtain.

Since I've been incarcerated I have fully paid my quarterly fee toward my restitution in the amount one hundred dollars. I haven't gotten into any dilemmas, had any hiccups, any altercations or had anything happen in general that would prove my experience here being none other than what I've explained it has been. I would also like to point out that I am certainly not a danger to others either. I'm stationed at a camp, I have no detainers, and I have taken several classes that were offered by the institution and yourself. I asked several officials here about being placed on "home confinement" to start my re-entry into society sooner, and to start paying back my restitution more. I was directed to you and have been told that you are the only person who can grant something of that magnitude to me.

This brings me to the question that I would like to humbly ask you:

May I please be placed on home confinement during my final year here to begin working again? My "Home Detention Eligibility Date" is set for October 11, 2018. If you graciously decide to place me on home confinement two people (and you may already know this) would have to be notified:

A: (Warden) B. Rickard
B: (Case Manager) Johnson
FCI McDowell
Federal Correctional Institution
101 Federal Drive
P.O.. Box 1029
Welch, WV 24801

If you choose not to grant this request I completely understand, and would still like to thank you for even taking out the time to read this letter. I also wish you happiness toward the upcoming holidays. Thank you once again.

Respectfully,
Dwayne A Maxey